# Exhibit 3

http://index/InlineViewer/InlinePrintPreview.aspx?docid=317758

Filebound » Invoices



# belair produce

### INCORPORATED

1.410. 782. 8000
1. 888. 782. 8008
FAX 1.410. 782. 8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
| --- | --- |
| 2011/01/21 | 591032 |

PLEASE REMIT TO:
BALTIMORE,MARYLAND

P.O. BOX  62365          21264

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON    DC 200200000

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
| --- | --- | --- |
| 202-889-3884 | CRAIG | 526916 |

| CUSTOMER NO. | BILL NUMBER | SLSM NO. | SALESPERSON |
| --- | --- | --- | --- |
| 3670 | No. | | |

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
| --- | --- | --- | --- | --- | --- |
| 5C | 001 | 0120@1717 | 1 | NZK | 202-678-7655 |

| SLOT | ITEM NO | ORDER | SHIP | UNIT | PACK/SIZE | DESCRIPTION | SLU | BRAND | PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DRYBOX | 1302 | 5 | 5 | BOX | 40 POUND | BANANA (ON THE TURN) | 4011 | US. #1 | 20.750 | 103.75 |
| FRUIT | 2188 | 40 | 40 | CASE | 113 | ORANGE 113 CT NAVAL | 4388 | CALIF | 19.750 | 790.00 |
| FRUIT | 1094 | 2 | 2 | CASE | 125 COUNT | APPLE RED DELICIOUS 125 | | | 26.500 | 53.00 |
| FRUIT | 2194 | 8 | 8 | CASE | CASE | TANGERINE "STARBURST" | | FLORIDA | 27.470 | 219.76 |
| PRECUT | 4542 | 6 | 6 | TUB | 20 POUND | CUKES,SLICED & PEELED | | | 28.000 | 168.00 |
| PRECUT | 4440 | 40 | 40 | BAG | 5 POUND | CARROT SHREDDED | | T/FARMS | 6.500 | 260.00 |

| ORD PIECES | TOTAL CASES | TOTAL UNITS | TOTAL WEIGHT | | | | TAX | | INVOICE TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0 | 101 | 101 | 2330.00 | | | | .00 | | 1594.51 |

| UNITS | DESCRIPTION | REASON | DEMAND | UNIT PRICE | ADD | DEDUCT | EXTENSION AMOUNT | CORRECTED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

PACA Trust Provision: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural
Commodities Acts, 1930 ( 7 U.S.C. 499e (c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or products derived from these
commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest and attorney fees are part of the trust amount owed seller.

TERMS AND CONDITIONS ACCOUNT IS SUBJECT TO SERVICE CHARGE OF 2% PER MONTH (24% PER ANNUM) ON ACCOUNTS BEYOND 30 DAYS.
CUSTOMER SHALL PAY SELLER'S COSTS, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES, COURT COSTS, AND OTHER RELATED EXPENSES.

**DELIVERY RECEIPT**

http://index/InlineViewer/InlinePrintPreview.aspx?docid=318597

6/7/2011

FileBound » Invoices

Page 1 of 1



# belair produce
### INCORPORATED

1.410. 782. 8000
1. 888. 782. 8006
FAX 1.410. 782. 8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/01 | 592832 |

**PLEASE REMIT TO:**
BALTIMORE, MARYLAND

P.O. BOX  62365        21264

PACA TRUST PROVISION

NUTRITION INC. (DC LOCATION)

2600  BRYAN PLACE S.E.
WASHINGTON        DC 20020000

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 528874 |

| CUSTOMER NO. | BILL NUMBER | SLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No: | | |

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 2CC | | 0201@1115 | 1 | CNB | 202-678-7655 |

MESSAGE AREA

All Kitchens

SPECIAL INSTRUCTIONS

| ITEM | PRODUCT | SHIP | ORD | UNIT | PACKAGE | DESCRIPTION | | PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| PRECUT | 4542 | 15 | 15 | TUB | 20 POUND | CUKES, SLICED & PEELED | | 28.000 | 420.00 |

Watermark Foods

*we sell flavor*

| ORD PIECES | TOTAL CASES | TOTAL PIECES | TOTAL WEIGHT | | | | TAX | .00 | INVOICE TOTAL | .420.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 15 | 15 | 300.00 | | | | | | | |

| UNITS | | PIECES FORWARD ON RETURN | REASON | PRICED | UNIT PRICE | ADD | DEDUCT | EXTENDED AMOUNT | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

PACA Trust Provision: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Acts, 1930 ( 7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Interest and attorney fees are part of the total amount owed seller.

TERMS AND CONDITIONS, ACCOUNT IS SUBJECT TO SERVICE CHARGE OF 2% PER MONTH (24% PER ANNUM) ON ACCOUNTS BEYOND 30 DAYS.
CUSTOMER SHALL PAY SELLER'S COSTS, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES, COURT COSTS AND OTHER RELATED EXPENSES.

**DELIVERY RECEIPT**

http://index/InlineViewer/InlinePrintPreview.aspx?docid=317740

6/7/2011



**belair produce**
INCORPORATED

1.410. 782. 8000
1.. 888. 782. 8008
FAX 1.410. 782. 8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/02 | 592973 |

PLEASE REMIT TO:
BALTIMORE,MARYLAND

P.O. BOX    62365              21264

PACA TRUST PROVISION

NUTRITION INC. (DC LOCATION)

2600 BRYAN PLACE S.E.
WASHINGTON. DC 20020

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 529038 |

| CUSTOMER NO. | BILL NUMBER | SLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No: | | |

| ROUTE | STOP | ENTRY DATE | PAGE | CONT NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 3CC | 0202@0403 | 1 | CPC | 202-678-7655 |

MESSAGE AREA

| QTY ORDERED | ITEM NO. | QTY SHIP | QTY BACK | UNIT | BARCODE | DESCRIPTION | SKU | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| DRYBOX | 1302 | 31 | 31 | BOX | 40 POUND | BANANA (ON THE TURN) | 4011 | US #1 | 24.750 | 767.25 |
| WET | 19010 | 1 | 1 | CASE | 30 BUNCH | CILANTRO (30 BCH) FLORIDA | 4889 | FLORIDA | 25.250 | 25.25 |

Watermark Foods

we sell flavor

| CUD PIECES | TOTAL CASES | TOTAL PIECES | TOTAL WEIGHT | CHECK/DRAFT RECEIVED | | | TAX | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|
| 0 | 32 | 32 | 1252.00 | | 02/02/2011 | | .00 | 792.50 |

ALL CLAIMS FOR SHORTAGES OR DAMAGE MUST BE MADE ON DELIVERY. RECEIPT OF MERCHANDISE.
WE ARE NOT RESPONSIBLE FOR MERCHANDISE AFTER IT LEAVES OUR STORE.

| UNITS | DESCRIPTION/REASON ON RETURN | REASON | ITEM NO. | UNIT PRICE | ADD | DEDUCT | EXTENDED AMOUNT | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

PACA Trust Provision: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Interest and attorney fees are part of the total amount owed seller.

TERMS AND CONDITIONS: ACCOUNT IS SUBJECT TO SERVICE CHARGE OF 2% PER MONTH (24% PER ANNUM) ON ACCOUNTS BEYOND 30 DAYS.
CUSTOMER SHALL PAY SELLER'S COSTS, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES, COURT COSTS, AND OTHER RELATED EXPENSES.

**DELIVERY RECEIPT**



http://index/InlineViewer/InlinePrintPreview.aspx?docid=317588

6/7/2011

Filebound » Invoices

Page 1 of 1

http://index/InlineViewer/InlinePrintPreview.aspx?docid=314980

6/7/2011

Filebound » Invoices

Page 1 of 1



# belair produce

**INCORPORATED**

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

*VARIETY & QUALITY YOU DEMAND*
*SERVICE YOU DEPEND ON*

www.belairproduce.com

PLEASE REMIT TO:
BALTIMORE, MARYLAND

P.O. BOX  62365          21264

PACA TRUST PROVISION

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON      DC 2002000

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/04 | 593151 |

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-388 |  | 529091 |

| CUSTOMER NO. | BILL NUMBER | SLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No1 |  |  |

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 5B | 001 | 0202@1522 | 1 | MLS | 202-678-7655 |

MESSAGE AREA

All Kitchens

81

| ITEM | PRICE | QTY | UNIT | PACKAGE | DESCRIPTION | SKU | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| ANEXX | 7355 | 16 | 16 | CASE | 50 POUND | POTATO RED B SIZE | 94073 | LOCAL | 15.430 | 246.88 |
| FRUIT | 2188 | 58 | 58 | CASE | 113 | ORANGE 113 CT  NAVAL | 4388 | CALIF | 19.750 | 1145.50 |

Watermark Foods

*we sell flavor*

| ODD PIECES | TOTAL CASES | TOTAL PIECES | TOTAL WEIGHT | | | | | TAX | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 74 | 74 | 2830.00 | | | | | .00 | 1392.38 |

RECEIVED BY    Danny Dunston    02/04/2011

| UNITS C | DESCRIPTION OF ON RETURN | REASON | ITEM NO. | ORT PRICE | ADD | DEDUCT | EXTENDED AMOUNT | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|

**DELIVERY RECEIPT**

PACA Trust Provision: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest and attorney fees are part of the total amount owed seller.

TERMS AND CONDITIONS: ACCOUNT IS SUBJECT TO SERVICE CHARGE OF 2% PER MONTH (24% PER ANNUM) ON ACCOUNTS BEYOND 30 DAYS. CUSTOMER SHALL PAY SELLER'S COSTS, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES, COURT COSTS, AND OTHER RELATED EXPENSES.



http://index/InlineViewer/InlinePrintPreview.aspx?docid=308974

## belair produce
### INCORPORATED

1.410.782.8000
1. 888.782.8008
FAX 1.410. 782. 8009

VARIETY & QUALITY YOU DEMAND
. SERVICE YOU DEPEND ON
www.belairproduce.com

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/08 | 593753 |

**PLEASE REMIT TO:**
BALTIMORE,MARYLAND

P.O. BOX  62365          21264

PACA TRUST PROVISION

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 530011 |

| CUSTOMER NO. | BILL NUMBER | SLIM NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No: | | |

NUTRITION INC. (DC LOCATION

2600 BRYAN PLACE S.E.
WASHINGTON     DC 200200

| ROUTE | STOP | ENTRY DATE | PACK | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 2E | 001 | 0207@1805 | 1 | NZK | 202-678-7655 |

DELIVERY NEEDED AT 4 AM

DELIVERY NEEDED AT 4 AM

All Kitchens

| SPOT | DEMAND | | | UNIT | PACKAGE | DESCRIPTION | | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| ANEXX | 4331 | 15 | 15 | CASE | 4/5" POUND | CABBAGE SHRED W/SEP COLOR | | T/FARMS | 15.500 | 232.50 |
| | | | | | ***USE BY DATE | *** | | | | |
| DRYBOX | 1302 | 20 | 20 | BOX | 40 POUND | BANANA (ON THE TURN) | 4011 | US. #1 | 23.750 | 475.00 |
| PRECUT | 4575 | 3 | 3 | BAG | 5 POUND | PEPPER GREEN SLICED | | | 15.750 | 47.25 |
| PRECUT | 4678 | 3 | 3 | BAG | 5 POUND | ONION RING WHITE 1/4" | | T/FARMS | 9.000 | 27.00 |
| PRECUT | 4327 | 15 | 15 | BAG | 10 POUND | CABBAGE SLICED (NUTRITION | | | 5.030 | 75.45 |
| | | | | *** ******** | | PARTIAL CASES FOLLOWING : | ********** | | | |
| FRUIT | 1625 | 2 | 2 | BAG | 2 LB/BAG | GRAPE RED EX-LARGE "FLAME" | 4023 | CALIF | 2.160 | 8.64 |
| FRUIT | 1630 | 2 | 2 | BAG | 2 LB/BAG | GRAPE WHITE EX-LARGE | 4022 | MEX | 2.555 | 10.22 |

Watermark Foods

we sell flavor

| ON PIECES | TOTAL PIECES | TOTAL WEIGHT | TOTAL WEIGHT | | | TAX | | |
|---|---|---|---|---|---|---|---|---|
| 4 | 56 | 60 | 1288.00 | | | .00 | | 876.06 |

UNITS            DESCRIPTION OF MERCHANDISE RETURN        REASON    EXTENSION   UNIT PRICE   ABD   DEDUCT   EXTENDED AMOUNT   CORRECTED AMOUNT

PACA Trust Provision: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural
Commodities Act, 1930 ( 7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or products derived from these
commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest and attorney fees are part of the total amount owed seller.

TERMS AND CONDITIONS: ACCOUNT IS SUBJECT TO SERVICE CHARGE OF 2% PER MONTH (24% PER ANNUM) ON ACCOUNTS BEYOND 30 DAYS.
CUSTOMER SHALL PAY SELLER'S COSTS, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES, COURT COSTS AND OTHER RELATED EXPENSES.

**CUSTOMER COPY**

InlineInfo » Invoices

http://index/InlineViewer/InlinePrintPreview.aspx?docid=314796

6/7/2011



**belair produce**

INCORPORATED

1.410. 782. 8000
1. 888. 782. 8008
FAX 1.410. 782. 8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/09 | 593982 |

PLEASE REMIT TO:
BALTIMORE, MARYLAND

P.O. BOX  62365          21264

PACA TRUST PROVISION
* * * * * * * * * * * * * * * * * *

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON      DC 2002000000

SPECIAL INSTRUCTIONS  NEEDS A 6 AM DELIVERY

NEEDS A 6 A.M. DELIVERY

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 530297 |

| CUSTOMER NO. | BILL NUMBER | KLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No: | | |

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 3D | 001 | 0208@1916 | 1 | NZK | 202-678-7655 |

| SLOT | ITEM NO. | ORDER | SHIP | UNIT | PACK/SIZE | DESCRIPTION | SKU | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| ANEXX | 4607 | 12 | 12 | CASE | 4/5 POUND | SALAD MIX TOSSED | 73805 | U.S.A. | 16.500 | 198.00 |
| | | | | | USE BY DATE | | | | | |
| DRYBOX | 1302 | 40 | 0 | BOX | 40 POUND | BANANA (ON THE TURN) | 4011 | US #1 | .000 | .00 |
| | | | | | | ** Item above is out of stock ** | | | | |
| FRUIT | 2188 | 8 | 8 | CASE | 113 | ORANGE 113 CT NAVAL | 4388 | CALIF | 18.750 | 150.00 |

Watermark Foods

we sell flavor

| SUB PIECES | TOTAL CUBES | TOTAL WEIGHT | TOTAL WEIGHT | | | | | | TAX | | INVOICED TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 20 | 20 | 2120.00 | | | | | | .00 | | 348.00 |

| UNITS | DESCRIPTION OF ADD OR RETURN | REASON | ITEM NO. | UNIT PRICE | ADD | DEDUCT | EXTENDED AMOUNT | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|

PACA Trust Provision: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Acts, 1930 ( 7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest and attorney fees are part of the total amount owed seller.

TERMS AND CONDITIONS: ACCOUNT IS SUBJECT TO SERVICE CHARGE OF 2% PER MONTH (24% PER ANNUM) ON ACCOUNTS BEYOND 30 DAYS. CUSTOMER SHALL PAY SELLER'S COSTS, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES, COURT COSTS, AND OTHER RELATED EXPENSES.

**DELIVERY RECEIPT**