# Exhibit 3



**belair produce** INCORPORATED

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

PLEASE REMIT TO: BALTIMORE, MARYLAND
P.O. BOX 62365  21264

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON  DC 20020

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/01/21 | 591032 |

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | CRAIG | 526916 |

| CUSTOMER NO. | BILL NUMBER | SLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No: | | |

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 5C | 001 | 0120@1717 | 1 | NZK | 202-678-7655 |

| PLOT | ITEM NO. | | | UNIT | PACK/SIZE | DESCRIPTION | | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| DRYBOX | 1302 | 5 | 5 | BOX | 40 POUND | BANANA (ON THE TURN) | 4011 | US. #1 | 20.750 | 103.75 |
| FRUIT | 2188 | 40 | 40 | CASE | 113 | ORANGE 113 CT NAVAL | 4388 | CALIF | 19.750 | 790.00 |
| FRUIT | 1094 | 2 | 2 | CASE | 125 COUNT | APPLE RED DELICIOUS 125 | | | 26.500 | 53.00 |
| FRUIT | 2194 | 8 | 8 | CASE | CASE | TANGERINE "STARBURST" | | FLORIDA | 27.470 | 219.76 |
| PRECUT | 4542 | 6 | 6 | TUB | 20 POUND | CUKES, SLICED & PEELED | | | 28.000 | 168.00 |
| PRECUT | 4440 | 40 | 40 | BAG | 5 POUND | CARROT SHREDDED | | T/FARMS | 6.500 | 260.00 |

Watermark Foods
we sell flavor

| TOTAL PIECES | TOTAL CASES | TOTAL | TOTAL WEIGHT | | | | | | TAX | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 101 | 101 | 2330.00 | | | | | | .00 | 1594.51 |

— DELIVERY RECEIPT





# belair produce
INCORPORATED

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

**INVOICE**

PLEASE REMIT TO: BALTIMORE, MARYLAND
P.O. BOX 62365    21264

PACA TRUST PROVISION

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON, DC 200200

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/02 | 592973 |

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 529038 |

| CUSTOMER NO. | BILL NUMBER | SLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No: | | |

| ROUTE | STOP | ENTRY DATE | PAGE | CSR | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 3CC | | 0202@0403 | 1 | CTC | 202-678-7655 |

| SLOT | ITEM NO. | SHIP | BO | UNIT | PACK SIZE | DESCRIPTION | SKU | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| DRYBOX | 1302 | 31 | 31 | BOX | 40 POUND | BANANA (ON THE TURN) | 4011 | US #1 | 24.750 | 767.25 |
| WET | 19010 | 1 | 1 | CASE | 30 BUNCH | CILANTRO (30 BCH) FLORIDA | 4889 | FLORDIA | 25.250 | 25.25 |

Watermark Foods
we sell flavor

| TOTAL PIECES | TOTAL CASES | TOTAL PIECES | TOTAL WEIGHT | RECEIVED BY | | | TAX | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|
| 0 | 32 | 32 | 1252.00 | Danny Dunston | | 02/02/2011 | .00 | 792.50 |

DELIVERY RECEIPT

# belair produce
### INCORPORATED

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

**PLEASE REMIT TO:** BALTIMORE, MARYLAND
P.O. BOX 62365    21264

PACA TRUST PROVISION

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/03 | 593070 |

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 529078 |

| CUSTOMER NO. | BILL NUMBER | SLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | | | |

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 4J | 001 | 0202@1446 | 1 | CLW | 202-678-7655 |

SHIP TO:
NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON    DC 20020

SPECIAL INSTRUCTIONS:
CRAIG 202 330 2749 CELL PHONE

| SLOT | ITEM NO. | QTY ORD | QTY SHIP | UNIT | PACK SIZE | DESCRIPTION | SKU | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| DRYBOX | 1302 | 36 | 36 | BOX | 40 POUND | BANANA (ON THE TURN) | 4011 | US #1 | 23.750 | 855.00 |
| DRYBOX | 7070 | 8 | 8 | CASE | 40 POUND | SWEET POTATO #1 | 94816 | US GRD #1 | 28.060 | 224.48 |

Watermark Foods
we sell flavor

| ODD PIECES | TOTAL CASES | TOTAL PIECES | TOTAL WEIGHT | | | | TAX | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|
| 0 | 44 | 44 | 1840.00 | | | | .00 | 1079.48 |

DELIVERY RECEIPT



# belair produce
INCORPORATED

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

**VARIETY & QUALITY YOU DEMAND**
**SERVICE YOU DEPEND ON**
www.belairproduce.com

**PLEASE REMIT TO:** BALTIMORE, MARYLAND
P.O. BOX 62365   21264

PACA TRUST PROVISION

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/04 | 593151 |

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 529091 |

| CUSTOMER NO. | BILL NUMBER | SLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | | | |

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON    DC 20020

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 5B | 001 | 0202@1522 | 1 | MLS | 202-678-7655 |

| STOCK | ORDERED | SHIPPED | UNIT | PACK/SIZE | DESCRIPTION | LOT | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| ANEXX | 7355 | 16 16 | CASE | 50 POUND | POTATO RED B SIZE | 94073 | LOCAL | 15.430 | 246.88 |
| FRUIT | 2188 | 58 58 | CASE | 113 | ORANGE 113 CT  NAVAL | 4388 | CALIF | 19.750 | 1145.50 |

Watermark Foods
we sell flavor

Checked and received by Danny Dunston  02/04/2011

| PIECES | TOTAL CASES | TOTAL WEIGHT | | | | | TAX | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|
| 0 | 74 74 | 2830.00 | | | | | .00 | 1392.38 |

**DELIVERY RECEIPT**





# belair produce
INCORPORATED

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

## INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/09 | 593982 |

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 530297 |

| CUSTOMER NO. | BILL NUMBER | KLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No: | | |

PLEASE REMIT TO: BALTIMORE, MARYLAND
P.O. BOX 62365   21264

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON   DC 20020

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 3D | 001 | 0208@1916 | 1 | NZK | 202-678-7655 |

SPECIAL INSTRUCTIONS: NEEDS A 6 AM DELIVERY   NEEDS A 6 A.M. DELIVERY

| SLOT | ITEM NO. | | | UNIT | PACKAGE | DESCRIPTION | SKU | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| ANEXX | 4607 | 12 | 12 | CASE | 4/5 POUND | SALAD MIX TOSSED USE BY DATE | 73805 | U.S.A. | 16.500 | 198.00 |
| DRYBOX | 1302 | 40 | 0 | BOX | 40 POUND | BANANA (ON THE TURN) ** Item above is out of stock ** | 4011 | US #1 | .000 | .00 |
| FRUIT | 2188 | 8 | 8 | CASE | 113 | ORANGE 113 CT NAVAL | 4388 | CALIF | 18.750 | 150.00 |

| UNITS | TOTAL CASES | TOTAL PIECES | TOTAL WEIGHT | | | | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 20 | 20 | 2120.00 | | | | | .00 | | 348.00 |

DELIVERY RECEIPT