# Exhibit 3



# belair produce INCORPORATED

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

**PLEASE REMIT TO:** BALTIMORE, MARYLAND
P.O. BOX 62365   21264

PACA TRUST PROVISION

**SHIP TO:**
NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON   DC 20020

## INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/01/21 | 591032 |

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | CRAIG | 526916 |

| CUSTOMER NO. | BILL NUMBER | SLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No: | | |

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 5C | 001 | 0120@1717 | 1 | NZK | 202-678-7655 |

| SLOT | ITEM NO. | ORD | SHIP | UNIT | PACK SIZE | DESCRIPTION | # | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| DRYBOX | 1302 | 5 | 5 | BOX | 40 POUND | BANANA (ON THE TURN) | 4011 | US. #1 | 20.750 | 103.75 |
| FRUIT | 2188 | 40 | 40 | CASE | 113 | ORANGE 113 CT NAVAL | 4388 | CALIF | 19.750 | 790.00 |
| FRUIT | 1094 | 2 | 2 | CASE | 125 COUNT | APPLE RED DELICIOUS 125 | | | 26.500 | 53.00 |
| FRUIT | 2194 | 8 | 8 | CASE | CASE | TANGERINE "STARBURST" | | FLORIDA | 27.470 | 219.76 |
| PRECUT | 4542 | 6 | 6 | TUB | 20 POUND | CUKES, SLICED & PEELED | | | 28.000 | 168.00 |
| PRECUT | 4440 | 40 | 40 | BAG | 5 POUND | CARROT SHREDDED | | T/FARMS | 6.500 | 260.00 |

Watermark Foods
we sell flavor

| TOTAL PIECES | TOTAL CASES | TOTAL CUBES | TOTAL WEIGHT | | | | | | TAX | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 101 | 101 | 2330.00 | | | | | | .00 | 1594.51 |

DELIVERY RECEIPT



# belair produce
INCORPORATED

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

**INVOICE**

PLEASE REMIT TO:
BALTIMORE, MARYLAND
P.O. BOX 62365   21264

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON   DC 20020

PACA TRUST PROVISION

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/01 | 592832 |

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 528874 |

| CUSTOMER NO. | BILL NUMBER | SLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No: | | |

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 2CC | | 0201@1115 | 1 | CNB | 202-678-7655 |

| ITEM | ITEM NO. | | | UNIT | PACK/SIZE | DESCRIPTION | QTY | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| PRECUT | 4542 | 15 | 15 | TUB | 20 POUND | CUKES, SLICED & PEELED | | | 28.000 | 420.00 |

Watermark Foods
we sell flavor

| ORD. PIECES | TOTAL CASES | TOTAL PIECES | TOTAL WEIGHT | | | | | TAX | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 15 | 15 | 300.00 | | | | | .00 | 420.00 |

DELIVERY RECEIPT



# belair produce INCORPORATED

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

**INVOICE**

PLEASE REMIT TO: BALTIMORE, MARYLAND
P.O. BOX 62365   21264

PACA TRUST PROVISION

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON, DC 20020

INVOICE DATE: 2011/02/02
INVOICE NUMBER: 592973
CUSTOMER PHONE NO.: 202-889-3884
ORDER NO.: 529038
CUSTOMER NO.: 3670
ROUTE: 3CC
ENTRY DATE: 0202@0403
PAGE: 1
CUSTOMER FAX NO.: 202-678-7655

| SLOT | ITEM NO. | ORD | SHP | UNIT | PACK/SIZE | DESCRIPTION | SKU | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| DRYBOX | 1302 | 31 | 31 | BOX | 40 POUND | BANANA (ON THE TURN) | 4011 | US #1 | 24.750 | 767.25 |
| WET | 19010 | 1 | 1 | CASE | 30 BUNCH | CILANTRO (30 BCH) FLORIDA | 4889 | FLORDIA | 25.250 | 25.25 |

TOTAL CASES: 32   TOTAL PIECES: 32   TOTAL WEIGHT: 1252.00
TAX: .00
INVOICE TOTAL: 792.50

DELIVERY RECEIPT





# belair produce
INCORPORATED

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

**PLEASE REMIT TO:** BALTIMORE, MARYLAND
P.O. BOX 62365   21264

PACA TRUST PROVISION

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON   DC 20020

**INVOICE**
INVOICE DATE: 2011/02/04
INVOICE NUMBER: 593151

CUSTOMER PHONE NO.: 202-889-3884
ORDER NO.: 529091
CUSTOMER NO.: 3670
ROUTE: 5B   STOP: 001   ENTRY DATE: 0202@1522   PAGE: 1   CSR NO.: MLS
CUSTOMER FAX NO.: 202-678-7655

| STOCK | ITEM NO. | | UNIT | PACK/SIZE | DESCRIPTION | ID | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| ANEXX | 7355 | 16 16 | CASE | 50 POUND | POTATO RED B SIZE | 94073 | LOCAL | 15.430 | 246.88 |
| FRUIT | 2188 | 58 58 | CASE | 113 | ORANGE 113 CT  NAVAL | 4388 | CALIF | 19.750 | 1145.50 |

Watermark Foods
we sell flavor

PIECES: 0   TOTAL CASES: 74   TOTAL PIECES: 74   TOTAL WEIGHT: 2830.00
CHECKED AND RECEIVED BY: Daniel Dunston   02/04/2011
TAX: .00   INVOICE TOTAL: 1392.38

**DELIVERY RECEIPT**



**belair produce INCORPORATED**

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON
www.belairproduce.com

PLEASE REMIT TO:
BALTIMORE, MARYLAND
P.O. BOX 62365   21264

PACA TRUST PROVISION

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/08 | 593753 |

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 530011 |

| CUSTOMER NO. | BILL NUMBER | SLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | | | |

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON   DC 20020

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 2E | 001 | 0207@1805 | 1 | NZK | 202-678-7655 |

DELIVERY NEEDED AT 4 AM    DELIVERY NEEDED AT 4 AM

| SECT | ITEM NO. | ORD | SHIP | UNIT | PACKAGE | DESCRIPTION | | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| ANEXX | 4331 | 15 | 15 | CASE | 4/5 POUND | CABBAGE SHRED W/SEP COLOR | | T/FARMS | 15.500 | 232.50 |
| | | | | | ***USE BY DATE: | *** | | | | |
| DRYBOX | 1302 | 20 | 20 | BOX | 40 POUND | BANANA (ON THE TURN) | 4011 | US #1 | 23.750 | 475.00 |
| PRECUT | 4575 | 3 | 3 | BAG | 5 POUND | PEPPER GREEN SLICED | | | 15.750 | 47.25 |
| PRECUT | 4678 | 3 | 3 | BAG | 5 POUND | ONION RING WHITE 1/4" | | T/FARMS | 9.000 | 27.00 |
| PRECUT | 4327 | 15 | 15 | BAG | 10 POUND | CABBAGE SLICED (NUTRITION | | | 5.030 | 75.45 |
| | | | | *** ******** | | PARTIAL CASES FOLLOWING ; | ********** | | | |
| FRUIT | 1625 | 2 | 2 | BAG | 2 LB/BAG | GRAPE RED EX-LARGE "FLAME" | 4023 | CALIF | 2.160 | 8.64 |
| FRUIT | 1630 | 2 | 2 | BAG | 2 LB/BAG | GRAPE WHITE EX-LARGE | 4022 | MEX | 2.555 | 10.22 |

Watermark Foods
we sell flavor

| UNITS | TOTAL CASES | TOTAL PIECES | TOTAL WEIGHT | | | | | TAX | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 56 | 60 | 1288.00 | | | | | .00 | 876.06 |

PACA Trust Provision: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Acts, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest and attorney fees are part of the total amount owed seller.

TERMS AND CONDITIONS: ACCOUNT IS SUBJECT TO SERVICE CHARGE OF 2% PER MONTH (24% PER ANNUM) ON ACCOUNTS BEYOND 30 DAYS. CUSTOMER SHALL PAY SELLER'S COSTS, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES, COURT COSTS, AND OTHER RELATED EXPENSES.

**CUSTOMER COPY**

http://index/InlineViewer/InlinePrintPreview.aspx?docid=308974    6/7/2011    Page 1 of 1



# belair produce
INCORPORATED

1.410.782.8000
1.888.782.8008
FAX 1.410.782.8009
www.belairproduce.com

VARIETY & QUALITY YOU DEMAND
SERVICE YOU DEPEND ON

**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2011/02/09 | 593982 |

PLEASE REMIT TO: BALTIMORE, MARYLAND
P.O. BOX 62365   21264

PACA TRUST PROVISION
*************

NUTRITION INC. (DC LOCATION)
2600 BRYAN PLACE S.E.
WASHINGTON    DC 20020

| CUSTOMER PHONE NO. | CUSTOMER P.O. NO. | ORDER NO. |
|---|---|---|
| 202-889-3884 | | 530297 |

| CUSTOMER NO. | BILL NUMBER | KLMN NO. | SALESPERSON |
|---|---|---|---|
| 3670 | No: | | |

| ROUTE | STOP | ENTRY DATE | PAGE | CSR NO. | CUSTOMER FAX NO. |
|---|---|---|---|---|---|
| 3D | 001 | 0208@1916 | 1 | NZK | 202-678-7655 |

SPECIAL INSTRUCTIONS: NEEDS A 6 AM DELIVERY     NEEDS A 6 A.M. DELIVERY

| SLOT | BIN NO. | | | UNIT | PACKAGE | DESCRIPTION | SKU | BRAND | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| ANEXX | 4607 | 12 | 12 | CASE | 4/5 POUND | SALAD MIX TOSSED USE BY DATE | 73805 | U.S.A. | 16.500 | 198.00 |
| DRYBOX | 1302 | 40 | 0 | BOX | 40 POUND | BANANA (ON THE TURN) ** Item above is out of stock ** | 4011 | US #1 | .000 | .00 |
| FRUIT | 2188 | 8 | 8 | CASE | 113 | ORANGE 113 CT NAVAL | 4388 | CALIF | 18.750 | 150.00 |

Watermark Foods
we sell flavor

| UNITS | TOTAL CASES | TOTAL PIECES | TOTAL WEIGHT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 20 | 20 | 2120.00 | | | | | | TAX .00 | | INVOICE TOTAL | 348.00 | |

PACA Trust Provision: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or products derived from those commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest and attorney fees are part of the total amount owed seller.

TERMS AND CONDITIONS: ACCOUNT IS SUBJECT TO SERVICE CHARGE OF 2% PER MONTH (24% PER ANNUM) ON ACCOUNTS BEYOND 30 DAYS. CUSTOMER SHALL PAY SELLER'S COSTS, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES, COURT COSTS, AND OTHER RELATED EXPENSES.

**DELIVERY RECEIPT**